# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134899

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PARAMOUNT PROPERTIES
GROUP LLC, JOHN C.
BUCHANAN, JR., and
WILLIAM J. BOWLING,
      Plaintiffs-Appellants,

v

                                       SC: 134899
                                       COA: 275331
                                       Kent CC: 00-004500-NM

McSHANE & BOWIE,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
                           Clerk